IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FAYETTEVILLE SHALE AND LAND FARM, LLC                    PLAINTIFF

VS.     NO. 4:07-CV-00815-WRW

NIGHTHAWK VACUUM SERVICE, L.P.                            DEFENDANT

### ORDER OF DISMISSAL

Now on this 25th day of March, 2008 comes on for hearing in the above styled cause, and the Court being well and sufficiently advised in the premises doth hereby find that the Complaint filed by the Plaintiff, Fayetteville Shale and Land Farm, LLC, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT JUDGE

APPROVED:

_____          _____
E. B. CHILES,                             HOWARD C. YATES
ATTORNEY FOR DEFENDANT                    ATTORNEY FOR PLAINTIFF

THIS DOCUMENT PREPARED
BY HOWARD C. YATES,
ATTORNEY FOR PLAINTIFF